**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JENNIFER KANE,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:17-1265 |
| v. | : | JUDGE MANNION |
| **GAP, INC. t/a OLD NAVY,** | : | |
| Defendant | : | |

# O R D E R

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** The defendant's motion for summary judgment, **(Doc. 15)**, is **GRANTED** with respect to all of the plaintiff's claims in her complaint, **(Doc. 1)**, specifically, her ADEA claim, Count I, her ADA claim, Count II, and her claims under the PHRA, Count III.

**(2)** Judgment is entered in favor of the defendant and against the plaintiff regarding her age and disability discrimination claims under the ADEA, the ADA and, the PHRA, Counts I-III.

**(3)** The Clerk of Court is directed to **CLOSE THIS CASE**.

                                                  s/ *Malachy E. Mannion*
                                                  **MALACHY E. MANNION**
                                                  **United States District Judge**

**Date: November 15, 2018**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2017 MEMORANDA\17-1265-01-ORDER.wpd